

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00034-CR

**MARCO DANE JOSHUA,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**


**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 15-05246-CRF-85**

## MEMORANDUM  OPINION

Marco Joshua entered a plea of guilty to the offense of possession of a controlled

substance. The trial court assessed punishment at two years confinement and a $500 fine.

The trial court suspended imposition of the confinement portion of the sentence and

placed Joshua on community supervision for four years. The State filed a motion to

revoke Joshua's community supervision, and the trial court held a hearing on the motion.

Joshua pleaded true to violating Condition 1 of his community supervision. The trial

court revoked Joshua's community supervision and sentenced Joshua to two years confinement. We affirm.

Joshua's appointed counsel filed an *Anders* brief asserting that she has diligently reviewed the appellate record and that, in her opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). Counsel informed Joshua of his right to submit a brief on his own behalf. Joshua did not file a brief. Counsel's brief evidences a professional evaluation of the record for error, and we conclude that counsel performed the duties required of appointed counsel. *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *See Anders v. California*, 386 U.S. at; accord *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988). After a review of the entire record in this appeal, we determine the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's request that she be allowed to withdraw from representation of Joshua is granted. Additionally, counsel must send Joshua a copy of our decision, notify Joshua of his right to file a pro se petition for discretionary review, and send this Court a letter

certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4.

TEX.R.APP.P. 48.4; *see also In re Schulman*, 252 S.W.3d at 409 n.22.


AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Affirmed; motion granted
Opinion delivered and filed February 7, 2018
Do not publish
[CR25]

